1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   G. MARTIN VELEZ (State Bar No. 168315)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:  (415) 357-4600
   Facsimile:   (415) 357-4605
5
   Attorneys for Defendant
6  AT&T OPERATIONS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | DELLA KING,                          | Case No. C 07-02600 JCS
12 |         Plaintiff,                    | **PROOF OF SERVICE**
13 | vs.                                   |
14 | AT&T OPERATIONS, a corporation, et al., |
15 |         Defendants.                   |

1

# PROOF OF SERVICE

I declare:

I am a U.S. citizen and employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105.

On May 17, 2007, I served the document named below on the parties in this action as follows:

## PROOF OF SERVICE RE:

1. ECF REGISTRATION INFORMATION HANDOUT;
2. NOTICE OF ASSIGNMENT OF CASE TO A U.S. MAGISTRATE JUDGE FOR TRIAL;
3. GUIDELINES FOR FILINGS IN THE U.S. DISTRICT COURT;
4. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

__X__ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

____ (BY PERSONAL SERVICE) I caused to be personally served each document listed above on the addressee (s) noted below.

____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

M. Van Smith, Esq.
1696 Mendenhall Drive
San Jose, California 95130

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   May 17, 2007  , at San Francisco, California.

*Nicole S. Block*
Nicole S. Block

2