**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

May 22, 2007

M. Van Smith                          Gary T. Lafayette
Law Offices of M. Van Smith           Lafayette & Kumagai LLP
1696 Mendenhall Drive                 100 Spear Street, Suite 600
San Jose, CA   95130                  San Francisco, CA 94105

**Re:    DELLA KING  v. AT&T OPERATIONS INC**
        C07-02600 (JCS)

Dear Counsel:

        This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

        The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

        A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **June 5, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

                                Sincerely,

                                RICHARD W. WIEKING

                                By: Karen L.Hom
                                    Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELLA KING,                                              No.  C 07-02600 JCS

        Plaintiff(s),                              **CONSENT TO PROCEED BEFORE A**
                                                       **UNITED STATES MAGISTRATE JUDGE**

    v.

AT&T OPERATIONS INC,

        Defendant(s).

_____/

    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____        _____
                                                                    Signature

                                                                    Counsel for _____
                                                                    (Name or party or indicate "pro se")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELLA KING,                                          No.  C 07-02600 JCS

        Plaintiff(s),

     v.                                               **DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND**

AT&T OPERATIONS INC,                                 **REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

        Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

      The undersigned party in the above-captioned civil matter hereby declines to consent to the

assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

requests the reassignment of this case to a United States District Judge.

Dated: _____          _____
                                            Signature

                                            Counsel for _____
                                            (Name or party or indicate "pro se")

**United States District Court**
For the Northern District of California