UNITED STATES
DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>         Plaintiff(s),<br><br>vs.<br><br>AT&T OPERATIONS INC.,<br><br>         Defendant(s). | Case No.  07-02600 JCS<br><br>**CONSENT TO PROCEED BEFORE A<br>UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  May 29, 2007

LAFAYETTE & KUMAGAI LLP

Susan T. Kumagai
Counsel for Defendant
AT&T OPERATIONS, INC.

N:\Documents\ATT\King\Pldg\Consent to Proceed Before a Magistrate Judge.doc

1

**CERTIFICATE OF SERVICE**

2

     I certify that a copy of this document was served electronically on May 29, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

3

4

        /s/ SUSAN T. KUMAGAI

5

6

7

8

9

10

*Della King v. AT&T Operations, et al..*
*United States District Court Case No. C 07-02600 JCS*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605