1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   G. MARTIN VELEZ (State Bar No. 168315)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:    (415) 357-4600
   Facsimile:    (415) 357-4605
5
   Attorneys for Defendant
6  AT&T OPERATIONS, INC.

7  M. VAN SMITH (State Bar No. 32007)
   1696 Mendenhall Drive
8  San Jose, California 95130
   Telephone:  (408) 364-1062
9  Facsimile:  (408) 273-6496

10
   Attorney for Plaintiff
11 DELLA KING

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14

15 DELLA KING,                          Case No.  C 07-02600 JCS

16          Plaintiff,
                                        **JOINT RULE 26(f) REPORT**
17 vs.

18 AT&T OPERATIONS, INC., corporation, et
   al.,
19
            Defendants.
20

21      Plaintiff Della King ("plaintiff") and Defendant AT&T Operations, Inc. ("defendant"),

22 pursuant to F.R.C.P. Rule 26(f), hereby submit a joint written report outlining a proposed

23 discovery plan.

24      1.    Changes To Timing, Form, And Requirements of Initial Disclosures:

25      The parties have agreed to exchange initial disclosures under F.R.C.P., Rule 26(a)(1) by

26 August 17, 2007.  Otherwise, the parties do not seek any changes in the form and requirements

27 for initial disclosures set forth in the Federal Rules of Civil Procedure.

28 ///

                                                                                    1

JOINT RULE 26(f) REPORT
Case No. C 07-02600 JCS

1          2.          Subjects On Which Discovery May Be Needed:

2          Defendant anticipates that discovery will be needed on the following subjects:

3                    a.          Deductions from plaintiff's paychecks from May 2005 to August 2005,

4    and plaintiff's alleged complaints relating to same;

5                    b.          Plaintiff's alleged medical condition and disability leaves taken by her;

6                    c.          Plaintiff's job performance;

7                    d.          Plaintiff's alleged damages.

8          Plaintiff anticipates that discovery will be needed on the following subjects:

9                    a.          validity of the reasons for the actions taken against plaintiff; and

10                    b.          the prevalence of discrimination based on age.

11          3.          Dates For Completion Of Discovery:

12          The parties agree that non-expert discovery should be completed by May 12, 2008, and

13    that expert witness discovery should be completed by July 14, 2008.

14          4.          Changes To Limitation On Discovery Under Federal Rules Of Civil Procedure

15          The parties agree to the limitations imposed on discovery under the Federal Rules of Civil

16    Procedure, except the parties agree that 40 interrogatories per party may be propounded.

17          5.          Other Orders That Should Be Entered Relating To Discovery

18          The parties do not request entry of any other orders relating to discovery at this time.

19    DATED:  August 17, 2007                        LAFAYETTE & KUMAGAI LLP

20

21                                                         /s/ SUSAN T. KUMAGAI_____
                                                         SUSAN T. KUMAGAI
22                                                         Attorneys for Defendant
                                                         AT&T OPERATIONS, INC.

23

24    DATED: August 17, 2007

25

26                                                         Verbal Authorization to file provided by M. Van
                                                         Smith to G. Martin Velez on August 17, 2007
27                                                         M. VAN SMITH
                                                         Attorney for Plaintiff Della King

28
                                                                                        2

JOINT RULE 26(f) REPORT
Case No. C 07-02600 JCS

1

**CERTIFICATE OF SERVICE**

2

    I certify that a copy of this document was served electronically on August 17, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

3

4

                          /s/ SUSAN T. KUMAGAI

5

                           SUSAN T. KUMAGAI

6

N:\Documents\ATT\King\Disc\Rule 26(f) Report.doc

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

JOINT RULE 26(f) REPORT
Case No. C 07-02600 JCS