# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-02600 JCS**

**CASE NAME:  DELLA KING v. AT&T OPERATIONS INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 24, 2007     **TIME: 3 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>M. Van Smith | **COUNSEL FOR DEFENDANT:**<br>Martin Velez |

**PROCEEDINGS:**                                                              **RULING:**

1. Initial Case Management Conference                          Held

___

**ORDERED AFTER HEARING:**

Case referred to Court's ADR program for ENE to occur within 90 days.
An updated joint case management conference statement shall be due by 11/21/7.

___

**ORDER TO BE PREPARED BY:**       () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**   11/30/07 at 1:30 p.m., for a further case mgmt conference.

___

**Number of Depos:** 1 depo each side before next cmc        **Discovery Cutoff:**

**Expert Disclosure:**          **Expert Rebuttal:**            **Expert Discovery Cutoff:**

**Motions Hearing:**         at 9:30 a.m.                **Pretrial Conference:**          at 1:30 p.m.

**Trial Date:**                   at 8:30 a.m.   ()Jury     ()Court       Set for    days
___

**cc:**        **Chambers; Karen**, **ADR**

* (T) = Telephonic Appearance