**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELLA KING,                               Case No. C-07-02600 JCS

         Plaintiff(s),

     v.                                   **CASE MANAGEMENT AND PRETRIAL ORDER**

AT&T OPERATIONS, INC.,

         Defendant(s).

_____/

     Following a case management conference held on **August 24, 2007,**

     IT IS HEREBY ORDERED THAT:

     1. This case shall be referred to the Court's ADR program for Early Neutral Evaluation, to occur within ninety (90) days.

     2. Each side shall be allowed one (1) deposition before the next case management conference.

     3. A joint updated case management conference statement shall be due by **November 21, 2007.**

     4. A further case management conference is set for **November 30, 2007, at 1:30 p.m.**

     IT IS SO ORDERED.

Dated: August 27, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

cmcpto 8-24-7.wpd