1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  glafayette@lkclaw.com
   SUSAN T. KUMAGAI (State Bar No. 127667)
3  skumagai@lkclaw.com
   DENNIS W. HAYASHI (State Bar No. 087077)
4  dhayashi@lkclaw.com
   100 Spear Street, Suite 600
5  San Francisco, California 94105
   Telephone:   (415) 357-4600
6  Facsimile:   (415) 357-4605

7  Attorneys for Defendant
   AT&T OPERATIONS, INC.
8
   M. VAN SMITH, ESQ. (State Bar No. 32007)
9  1696 Mendenhall Drive
   San Jose, California 95130
10 Telephone    (408) 364-1062
   Facsimile:   (408) 273-6496
11 mvsmith@sbcglobal.net

12 Attorneys for Plaintiff
   DELLA KING

13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 | DELLA KING,                          | Case No. C 07-02600 JCS
19 |         Plaintiff,                   |
20 | vs.                                  | **JOINT STIPULATION TO EXTEND TIMES TO COMPLETE AN EARLY NEUTRAL EVALUATION, CASE MANAGEMENT CONFERENCE AND DEPOSITIONS**
21 | AT&T OPERATIONS, a corporation, et al.,|
22 |         Defendants.                  |

23

24

25      Plaintiff Della King ("plaintiff") and AT&T Operations, Inc. ("defendant") (collectively

26 referred to as the "parties") hereby agree and stipulate as follows:

27      WHEREAS this case was referred to an Early Neutral Evaluation ("ENE") on August 27,

28 2007;                                                                                    1

1  WHEREAS an ENE session was to be completed by November 26, 2007;

2  WHEREAS a further Case Management Conference ("CMC") is scheduled for November 30, 2007;

4  WHEREAS, a joint case management conference statement is due by November 21, 2007;

6  WHEREAS a date to conduct the ENE has not been scheduled and calendar conflicts now exist that prevent the completion of the ENE before November 26, 2007;

8  WHEREAS the parties wish to continue the present deadlines to complete the ENE, to file a joint CMC statement and for the CMC;

10 WHEREAS the parties agree to continue the last day to complete the ENE and the further CMC for 90 days.

12 NOW THEREFORE, the parties stipulate as follows:

13 The time within which to complete the ENE is extended by 90 days or, up to and including February 25, 2008;

15 The time within which to file a joint case management conference statement is extended by 90 days or, up to and including February 21, 2008; and

17 The time within which to complete the CMC is extended by 90 days or, up to and including February 29, 2008.

DATED: November 14, 2007         LAFAYETTE & KUMAGAI LLP

                                  /s/ Susan T. Kumagai
                                  SUSAN T. KUMAGAI
                                  Attorneys for Defendant
                                  AT&T OPERATIONS, INC.

DATED: November 14, 2007         /s/ M. Van Smith
                                  M. VAN SMITH
                                  Attorney for Plaintiff DELLA KING

ATT\King\Pldg\Stip to cont ENE.doc

2

JOINT STIPULATION TO EXTEND TIMES TO COMPLETE AN EARLY NEUTRAL EVALUATION, CASE MANAGEMENT CONFERENCE AND DEPOSITIONS
Case No. C07-02600 JCS