UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T OPERATIONS, INC., a corporation, et al.,<br><br>        Defendants. | Case No. C 07-02600 JCS<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE FOR EARLY NEUTRAL EVALUATION, CASE MANAGEMENT CONFERENCE AND DEPOSITIONS** |

Pursuant to stipulation entered into between the parties of this action and good cause appearing therefore:

IT IS HEREBY ORDERED, that

1.     The time within which to complete the ENE is extended by 90 days or, up to and including February 25, 2008;

2.     The time within which to file a joint case management conference statement is extended by 90 days or, up to and including February 21, 2008; and

3.     The time within which to complete the CMC is extended by 90 days or, up to and including February 29, 2008.

Dated: _____           _____
                                                                          HONORABLE JOSEPH C. SPERO
                                                                          Magistrate Judge, United States District Court

ATT\King\Pldg\Prop order re cont dates.doc                                                                                      1