UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>  Plaintiff,<br><br>vs.<br><br>AT&T OPERATIONS, INC., a corporation, et al.,<br><br>  Defendants. | Case No. C 07-02600 JCS<br><br>[PROPOSED] ORDER GRANTING CONTINUANCE FOR EARLY NEUTRAL EVALUATION, CASE MANAGEMENT CONFERENCE AND DEPOSITIONS |

Pursuant to stipulation entered into between the parties of this action and good cause appearing therefore:

IT IS HEREBY ORDERED, that

1. The time within which to complete the ENE is extended by 90 days or, up to and including February 25, 2008;

2. The time within which to file a joint case management conference statement is extended by 90 days or, up to and including February 21, 2008; and

3. The time within which to complete the CMC is extended by 90 days or, up to and including February 29, 2008.

Dated: November 15, 2007

_____
HONORABLE
Magistrate Judge Joseph C. Spero
District Court

ATT\King\Pldg\Prop order re cont dates.doc

[PROPOSED] ORDER GRANTING CONTINUANCE FOR EARLY NEUTRAL EVALUATION,
CASE MANAGEMENT CONFERENCE AND DEPOSITIONS
Case No. C07-02660 JCS

1