LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 087077)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>           Plaintiff,<br><br>vs.<br><br>AT&T OPERATIONS, a corporation, et al.,<br><br>           Defendants. | Case No. C 07-02600 JCS<br><br>**RESPONSE TO DECLARATION OF M. VAN SMITH IN SUPPORT OF REQUEST TO EXTEND DATE FOR COMPLETION OF ADR** |

   Plaintiff Della King ("plaintiff") has requested an extension of time to complete an Early Neutral Evaluation ("ENE") as ordered by the Court on November 15, 2007. The Court ordered an ENE to be completed by February 25, 2008. An ENE is currently scheduled with Linda McPharlin for February 5, 2008. The present due date to file a joint case management conference statement is February 21, 2008, and the date for the Case Management Conference ("CMC") is February 29, 2008.

   In light of Mr. Smith's anticipated medical procedures, defendant AT&T Operations, Inc. ("defendant") does not oppose the continuation of the date by which the ADR should be completed. Similarly, defendant does not oppose extensions of time to file a joint case management conference statement and completion of the CMC.

///

1  Defendant disputes representations of plaintiff's counsel related to discovery. Defendant
2  will meet and confer with plaintiff over these issues in accordance with the Court's procedures.

4  Dated: January 15, 2008                                LAFAYETTE & KUMAGAI LLP

5                                                         /s/ Susan T. Kumagai
                                                          SUSAN T. KUMAGAI
6                                                         Attorneys for Defendant
                                                          AT&T OPERATIONS, INC.

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on January 15, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                          /s/ SUSAN T. KUMAGAI

AT T\King\Pldg\Resp to cont ENE by pl doc

2

RESPONSE TO REQUEST TO EXTEND DATE FOR COMPLETION OF ADR
Case No C 07-02600 JCS