United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING, | Case No. C07-02600 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO COMPLETE MEDIATION [Docket No. 20]** |
| AT&T OPERATIONS INC., | |
| Defendant(s). | |

On January 11, 2008, Plaintiff filed a Request to Extend Date of ADR. Defendant's file a non-opposition on January 15, 2008.

IT IS HEREBY ORDERED that the mediation deadline is extended to **April 18, 2008.**

IT IS HEREBY FURTHER ORDERED that before filing any future discovery motions, lead trial counsel for Plaintiff(s) and lead trial counsel for Defendant(s) shall meet and confer **in person**. The location of the meet-and-confer session shall alternate w/the first meeting location to be at the office to be chosen by counsel for Plaintiff and the second meeting location to be at the office to be chosen by counsel for Defendant. Any side may demand a meeting on ten (10) days' notice. At the conclusion of the meet-and-confer session, the parties shall submit a Joint Letter to the Court with a detailed summary of the remaining issues, each side's substantive position, and each side's proposed compromise on the issues. Upon receipt of the Joint Letter the Court will determine what future proceedings are necessary.

IT IS SO ORDERED.

Dated: January 22, 2008

JOSEPH C. SPERO
United States Magistrate Judge