**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING, | No. C 07-02600 (JCS) |
|         Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| AT&T OPERATIONS INC, | |
|         Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

     YOU ARE NOTIFIED THAT the further case management conference before Magistrate Judge Spero previously noticed for February 29, 2008, at 1:30 p.m., has been reset to **April 25, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint updated case management conference statement shall be due by April 18, 2008. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: February 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
     Karen L. Hom
     Courtroom Deputy