```
1  M. VAN SMITH(SBN 32007)
2  1696 Mendenhall Drive
   San Jose, California 95130
3  Telephone (408) 364-1062
4  Attorney for Plaintiff,
5  DELLA KING
```

THE UNITED STATES DISTRICT CCOURT

NORTHERN DISTRICT OF CALIFORNIA

_____

| DELLA KING, | Case No. C 07-02600 JCS |
|---|---|
| Plaintiff, | MOTION FOR LEAVE TO FILE |
| vs. | THIRD AMENDED COMPLAINT |
| AT&T OPERATIONS, INC., corporation, et al., | Date: April 11, 2008<br>Time: 9:30 a.m. |
| Defendants. | Courtroom A, 15th Floor<br>Hon. Joseph C. Spero |

_____

TO: DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that on the date, time, and in the department specified above, at the Courthouse at 450 Golden Gate Ave, San Francisco, California 94102, Plaintiff Della King will bring a motion for leave to file a Third Amended Complaint.  The ground of the motion is that it is in the interest of justice that plaintiff be able to present all of the bases of discrimination, the additional bases of discrimination were part of the conduct, transaction or occurrence alleged in the Second Amended Complaint, and there is no undue prejudice to defendants being able to prepare their defense.

    This motion will be based on the declaration of M. Van Smith, the Points and Authorities, the file in this case, the proposed amended complaint, a copy of which is attached to the Declaration of M. Van Smith, and on such other matter as the court may deem proper at the hearing.

    Dated: March 3, 2008.

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

                              <u>/s/ M. Van Smith</u>
                              M. VAN SMITH
                              Attorney for Plaintiff

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**