1  M. VAN SMITH (SBN 32007)
2  1696 Mendenhall Drive
   San Jose, California 95130
3  Telephone (408) 364-1062
4  Attorney for Plaintiff,
5  DELLA KING

6

7              THE UNITED STATES DISTRICT CCOURT
8               NORTHERN DISTRICT OF CALIFORNIA

9

10  _____

11  DELLA KING,                                Case No. C 07-02600 JCS

                   Plaintiff,                  MOTION FOR LEAVE TO FILE
12          vs.                                THIRD AMENDED COMPLAINT

13  AT&T OPERATIONS, INC., corporation,        Date: April 11, 2008
    et al.,                                    Time: 9:30 a.m.
14                 Defendants.                 Courtroom A, 15th Floor
    _____    Hon. Joseph C. Spero
15

16  TO: DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD:

17       PLEASE TAKE NOTICE that on the date, time, and in the department specified
18  above, at the Courthouse at 450 Golden Gate Ave, San Francisco, California 94102, Plaintiff
19  Della King will bring a motion for leave to file a Third Amended Complaint. The ground of
20  the motion is that it is in the interest of justice that plaintiff be able to present all of the bases
21  of discrimination, the additional bases of discrimination were part of the conduct, transaction
22  or occurrence alleged in the Second Amended Complaint, and there is no undue prejudice
23  to defendants being able to prepare their defense.
24       This motion will be based on the declaration of M. Van Smith, the Points and
25  Authorities, the file in this case, the proposed amended complaint, a copy of which is
26  attached to the Declaration of M. Van Smith, and on such other matter as the court may
27  deem proper at the hearing.
28       Dated: March 3, 2008.

                                          1

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

| | |
|---|---|
| 1 | |
| 2 | /s/ M. Van Smith |
| 3 | M. VAN SMITH<br>Attorney for Plaintiff |
| 4 | |