UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING, | No. C 07-02600 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| AT&T OPERATIONS INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Plaintiff's Motion for Leave to File Third Amended Complaint (the "Motion") before Magistrate Judge Joseph C. Spero, previously noticed for April 11, 2008, at 9:30 a.m., has been reset to **April 25, 2008, at 9:30 a.m.**

YOU ARE HEREBY FURTHER NOTIFIED THAT the further case management conference set for **April 25, 2008, at 1:30 p.m.,** will be held on the **SAME DAY AT 9:30 a.m.,** following oral argument on the Motion. The joint updated case management conference statement shall be due by April 18, 2008.

All parties and counsel shall report to Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: March 4, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy

**United States District Court**
For the Northern District of California