Law Offices
## M. Van Smith
1696 Mendenhall Drive
San Jose, California 95130
Telephone (408) 364-1062
facsimile 408-273-6496

---

March 7, 2008

Hon. Joseph C. Spero
United States Magistrate Judge
San Francisco, California 94105

Re: King v. AT&T Operations, Inc., NO. 07-02600 JCS

Dear Judge Spero:

     I write this letter to report a prejudicial delay in Defendant's participating and signing a joint discovery letter. On January 19, 2008, I met with Dennis W. Hayashi, the attorney handling the case for the Defendant in person to discuss discovery issues preparatory to submitting a joint letter. I sent a letter for Mr. Hayashi after the meeting because I was scheduled for cancer surgery on January 22, 2008. I had the surgery on January 22 and was released from the hospital on January 29. I was not able to do more than a few hours of work until recently.

     In a letter dated February 14, 2008, Mr Hayashi restated the position of Defendant that was voiced at the meeting. I prepared a draft of a joint letter with Plaintiff's position and the position stated by Mr. Hayashi in the letter. There were three points I left blank for Mr. Hayashi to state the position of Defendant that needed a response. That letter was written on February 22, 2008. I sent it to Mr. Hayashi by e-mail and asked him to complete the positions of Defendant.

     Since then I have had at least five telephone conversations to try and get Mr. Hayashi to sign off on a joint letter. I spoke to Mr. Hayashi on Monday, February 25. I asked him to sign off on the letter so I could file it. Mr. Hayashi said that he was going to be tied up on Los Angeles on deposition from Tuesday to Friday. I asked him to take a few minutes to complete the letter before he left the office. He did not sign off on the letter. He said he was too busy. I decided to wait until Friday, February, 29. I spoke to Mr. Hayashi; he that he would "try" to have the letter on Monday, March 3. On March 3, I spoke to him and he said that they were working on it. I waited during the week until March 7, today. I still have no response.

     The reason I am concerned is the discovery letter concerns six interrogatories and a few demand for documents which Defendant stonewalled and to which Plaintiff has been attempting for months to get responses. We have a discovery cutoff coming up. I need the paper discovery to be able to do depositions. When I have brought the discovery cutoff to the attention of Mr. Hayashi, he says that the cutoff does not apply.

                                                Very truly yours,

                                               M. VAN SMITH