# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415.357.4600 TEL
415.357.4605 FAX

www.lkclaw.com

March 7, 2008

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom A
San Francisco, California 94102

      Re:    Della King v. SBC Operations, Inc., et al.
              U.S.D.C. Case No. C 07-02600 JCS
              Our File: ATT.KING - 515.06

Dear Judge Spero:

Unfortunately, I feel I need to respond to plaintiff's letter brief regarding the parties' joint discovery letter filed today, I told plaintiff's counsel M. Van Smith that I am diligently working on defendant's portion of the letter. The unexpected draft of the letter received from Mr. Smith, at a time that he was allegedly recovering from surgery, was incomplete and conclusory. Contrary to Mr. Smith's representations, in order to provide the Court with a complete picture of the underlying discovery requests and responses and defendant's position, the drafting of defendant's portion has been time consuming.

Mr. Smith's claim of prejudice is meritless. In requesting an extension of time on completion of the ENE, he represented that he would be indisposed for 5-6 weeks. Further, in that regard, Mr. Smith's demand of an immediate response to an unexpected draft of the joint letter at a time when my calendar simply would not permit immediate attention to it, is simply unreasonable.

Very truly yours,

LAFAYETTE & KUMAGAI LLP

DENNIS W. HAYASHI

DWH:ba
cc:    M. Van Smtih, Esq.
ATT\King\Corr\Judge Spero 03-07-08.doc