LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 047707)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605
glafayette@lkclaw.com
skumagai@lkclaw.com
dhayashi@lkclaw.com

Attorneys for Defendant
AT&T OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>           Plaintiff,<br><br>vs.<br><br>AT&T OPERATIONS, a corporation, et al.,,<br><br>           Defendants. | Case No. C 07-02600 JCS<br><br>**DECLARATION OF DENNIS HAYASHI IN SUPPORT OF DEFENDANT AT&T OPERATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Date:     April 25, 2008<br>Time:    9:30 a.m.<br>Dept.:    Courtroom A, 15th Floor<br>Judge:   Hon. Joseph C. Spero |

I, DENNIS HAYASHI, state and declare:

1. I am of counsel in the law firm of Lafayette & Kumagai LLP, attorneys of record for defendant AT&T Operations, Inc. ("defendant" or "AT&T"). I make this declaration in support of defendant's opposition to plaintiff's motion for leave to file a third amended complaint. I have personal knowledge of the facts set forth herein and if called to testify, could and would competently testify thereto under oath.

2. On January 15, 2008, I took the first day of plaintiff's deposition. The deposition was focused on plaintiff's allegations of retaliation and discrimination based on age and

DECL. OF DENNIS HAYASHI IN SUPPORT OF DEF.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
Case No. 07-02600 JCS

1

disability. During her deposition, I discovered through plaintiff's testimony and observation of plaintiff's counsel that he had in his possession documents responsive to defendant's request for document to which plaintiff earlier responded but failed to produce.

3. On Saturday, January 19, 2008, I met and conferred with counsel for plaintiff about discovery issues, including defendant's responses to plaintiff's first set of interrogatories and request for production of documents and defendant's documents request to plaintiff and her continued deposition. The meeting took place on a Saturday because plaintiff's counsel was going into surgery the following week. The meet and confer session was approximately one and one half hours long.

4. Subsequent to the meet and confer session, counsel for plaintiff and defendant expended substantial time with further meet and confer discussions and drafting a joint discovery letter. The joint letter was filed with the Court on April 2, 2008.

5. During the entire discovery and meet and confer meetings, plaintiff never mentioned and I never knew that plaintiff intended to seek to add causes of action for discrimination based on sex orientation and race.

I declare under penalty perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of April, 2008, in San Francisco, California.

  */s/ Dennis Hayashi*
  DENNIS HAYASHI

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on April 4, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

  */s/ Susan T. Kumagai*
  SUSAN T. KUMAGAI

ATT\King\Pldg\DWH Decl re opp-mot for leave to amd.doc

DECL. OF DENNIS HAYASHI IN SUPPORT OF DEF.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
Case No. 07-02600 JCS

2