LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
DENNIS W. HAYASHI (State Bar No. 047707)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605
glafayette@lkclaw.com
skumagai@lkclaw.com
dhayashi@lkclaw.com

Attorneys for Defendant
AT&T OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T OPERATIONS, a corporation, et al.,,<br><br>　　　　Defendants. | Case No. C 07-02600 JCS<br><br>**DECLARATION OF SUSAN T. KUMAGAI IN SUPPORT OF DEFENDANT AT&T OPERATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Date:    April 25, 2008<br>Time:   9:30 a.m.<br>Dept.:   Courtroom A, 15th Floor<br>Judge:  Hon. Joseph C. Spero |

I, SUSAN T. KUMAGAI, state and declare:

1.　　I am an attorney in the law firm of Lafayette & Kumagai LLP, attorneys of record for defendant AT&T Operations, Inc. ("defendant" or "AT&T"). I make this declaration in support of defendant's opposition to plaintiff's motion for leave to file a third amended complaint. I have personal knowledge of the facts set forth herein and if called to testify, could and would competently testify thereto under oath.

2.　　Attached hereto as Exhibit "1," is a true and correct copy of plaintiff's original complaint against SBC Operations, Inc. in the Superior Court of Alameda county, case No. RG

DECL. OF SUSAN T. KUMAGAI IN SUPPORT OF DEF.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
Case No. 07-02600 JCS

1

1  06 291737, dated October 2, 2006.

2  3.   Attached hereto as Exhibit "2," is a true and correct copy of plaintiff's First Amended Complaint, dated October 13, 2006.

4.   Attached hereto as Exhibit "3," is a true and correct copy of plaintiff's Second Amended Complaint, dated April 18, 2007.

5.   Attached hereto as Exhibit "4," is a true and correct copy of defendant AT&T Operations, Inc.'s answer to plaintiff's Second Amended Complaint, dated May 16, 2007.

6.   On May 16, 2007, defendant removed plaintiff's case to this court.

7.   On August 17, 2007, plaintiff and defendant filed a Joint Case Management Conference Statement. A true and correct copy of the Joint Case Management Conference Statement is attached hereto as Exhibit "5."

8.   On August 24, 2007, a case management conference was conducted and a Case Management and a Pretrial Order was issued on August 27, 2007. A true and correct copy of the Pretrial Order is attached hereto as Exhibit "6."

9.   On October 9, 2007, defendant served plaintiff with Interrogatories. A true and correct copy of defendant's Interrogatories is attached hereto as Exhibit "7."

10.  On October 9, 2007, defendant served plaintiff a Request for Production of Documents. A true and correct copy of defendant's Request for Production of Documents is attached hereto as Exhibit "8."

11.  On November 15, 2007, plaintiff served responses to defendant's Interrogatories and Request for Production of Documents.

13.  On November 14, 2007, plaintiff and defendant filed a joint stipulation to extend the time to complete the Early Neutral Evaluation "(ENE"), case management conference and depositions.

14.  Attached hereto as Exhibit "9," is a true and correct copy of the Court's Order, dated November 15, 2007, granting the parties' request to continue court scheduled deadlines for 90 days.

///

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DECL. OF SUSAN T. KUMAGAI IN SUPPORT OF DEF.'S OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
Case No. 07-02600 JCS

2

15. On November 16, 2007, plaintiff served defendant a set of Interrogatories and a Request for Production of Documents.

17. On December 20, 2007, defendant served responses to plaintiff's first set of Interrogatories and Request for Production of Documents. On January 2, 2008, defendant served supplemental responses to plaintiff's Interrogatories.

20. On January 11, 2008, plaintiff's counsel requested the Court grant an extension of time to complete the ENE for medical reasons. A true and correct copy of plaintiff's counsel's declaration is attached hereto as Exhibit "10."

21. On January 20, 2008, the Court issued an order granting plaintiff's request for an extension of time to complete the ENE. A true and correct copy of the Court's Order is attached as Exhibit "10."

22. On April 2, 2008, a joint letter regarding discovery disputes between plaintiff and defendant was filed with the Court. A true and correct copy of the joint letter regarding discovery disputes is attached as Exhibit "11."

I declare under penalty perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of April, 2008, in San Francisco, California.

  */s/ Susan T. Kumagai*
  SUSAN T. KUMAGAI

### **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on April 14, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

  */s/ Susan T. Kumagai*
  SUSAN T. KUMAGAI

ATT\King\Pldg\STK Decl re opp-mot for leave to amd.doc