UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>    Plaintiff(s),<br><br>v.<br><br>AT&T OPERATIONS, INC.,<br><br>    Defendant(s). | Case No. C-07-02600 JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **August 24, 2007,**

IT IS HEREBY ORDERED THAT:

1  This case shall be referred to the Court's ADR program for Early Neutral Evaluation, to occur within ninety (90) days

2  Each side shall be allowed one (1) deposition before the next case management conference.

3  A joint updated case management conference statement shall be due by **November 21, 2007.**

4  A further case management conference is set for **November 30, 2007, at 1:30 p.m.**

IT IS SO ORDERED

Dated: August 27, 2007

                                                        JOSEPH C. SPERO<br>                                                        United States Magistrate Judge

cmcpto 8-24-7 wpd

**EXHIBIT 6**