LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
AT&T OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AT&T OPERATIONS, INC., corporation, et al.,<br><br>　　　　　Defendants. | Case No. C 07-02600 JCS<br><br>**DEFENDANT AT&T OPERATIONS, INC.'S INTERROGATORIES, SET ONE** |

PROPOUNDING PARTY:　　AT&T OPERATIONS, INC. ("Defendant")

RESPONDING PARTY:　　　PLAINTIFF DELLA KING ("Plaintiff")

SET NUMBER:　　　　　　ONE (1)

**INTERROGATORY NUMBER 1:**

State all facts that support your contention that Defendant retaliated against you in violation of public policy, as alleged in the first cause of action in the COMPLAINT ("COMPLAINT" refers to the Second Amended Complaint filed in this action).

**INTERROGATORY NUMBER 2:**

Identify by name, address, and telephone number each witness with knowledge of facts that support your contention that Defendant retaliated against you in violation of public policy, as alleged in the first cause of action in the COMPLAINT.

**INTERROGATORY NUMBER 3:**

State all facts that support your contention that Defendant discriminated against you based on disability, as alleged in your second cause of action in the COMPLAINT.

**INTERROGATORY NUMBER 4:**

Identify by name, address, and telephone number each witness with knowledge of facts that support your contention that Defendant discriminated against you based on disability, as alleged in your second cause of action in the COMPLAINT.

**INTERROGATORY NUMBER 5:**

State all facts that support your contention that Defendant discriminated against you because of age, as alleged in the third cause of action in the COMPLAINT.

**INTERROGATORY NUMBER 6:**

Identify by name, address, and telephone number each witness with knowledge of facts that support your contention that Defendant discriminated against you because of age, as alleged in the third cause of action in the COMPLAINT.

DATED: October 9, 2007

LAFAYETTE & KUMAGAI LLP

SUSAN T. KUMAGAI
Attorneys for Defendant
AT&T OPERATIONS, INC.

N:\Documents\ATT\King\Disc\Interrogatories.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DEFENDANT AT&T OPERATIONS, INC.'S INTERROGATORIES, SET ONE
Case No. C 07-02600 JCS

2

## PROOF OF SERVICE

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105

On October 9, 2007, I served the document named below on the parties in this action as follows:

**DEFENDANT AT&T OPERATIONS, INC.'S INTERROGATORIES, SET ONE**

__X__ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

_____ (BY PERSONAL SERVICE) I personally served each document listed above on the addressee (s) noted below.

_____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

_____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

M. VAN SMITH
1696 Mendenhall Drive
San Jose, California 95130

*Attorney for Plaintiff*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   October 9, 2007   , at San Francisco, California.

Constance Jacobs

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3

DEFENDANT AT&T OPERATIONS, INC.'S INTERROGATORIES, SET ONE
Case No C 07-02600 JCS