<div style="text-align:left; font-weight:bold;">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING, | No. C 07-02600 (JCS) |
|     Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| AT&T OPERATIONS INC, | |
|     Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the further case management conference set for **April 25, 2008, at 9:30 a.m.,** will be held on the **SAME DAY AT 1:30 p.m.**  The joint updated case management conference statement shall be due by April 18, 2008.

Dated: April 15, 2008

                                      FOR THE COURT,
                                      Richard W. Wieking, Clerk

                                by: _____
                                            Karen L. Hom
                                            Courtroom Deputy