# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-02600 JCS**

**CASE NAME:  DELLA KING v. AT&T OPERATIONS INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 15, 2008    **TIME**: 1 hr | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:** <br> M. Van Smith | **COUNSEL FOR DEFENDANT:** <br> Susan Kumagai & Dennis Hayashi |

**PROCEEDINGS:**                                                    **RULING:**

1. Discovery Conference                                              Held

2. Pla's Motion for Leave to File Third                              GRANTED
Amended Complaint [Docket No. 24]

___

**ORDERED AFTER HEARING:**

Plaintiff shall file the 3rd Amended Complaint.  The case management conference set for 4/25/8 at 9:30 AM will be moved to the 1:30 PM calendar.

___

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant      () Court

**CASE CONTINUED TO:**

___

**Number of Depos:**        Discovery Cutoff:

**Expert Disclosure:**          **Expert Rebuttal:**          **Expert Discovery Cutoff:**

**Motions Hearing:**        at 9:30 a.m.              **Pretrial Conference:**        at 1:30 p.m.

**Trial Date:**              at 8:30 a.m.  ()Jury    ()Court      Set for      days

___

cc:    Chambers; Karen

* (T) = Telephonic Appearance