UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELLA KING, | Case No. C-07-02600 JCS |
| Plaintiff(s), | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| AT&T OPERATIONS INC., | **[Docket No. 24]** |
| Defendant(s). | |

On March 3, 2008, Plaintiff filed a Motion for Leave to File Third Amended Complaint (the "Motion") [Docket No. 24]. Defendants filed an opposition on April 4, 2008, and Plaintiff filed her reply on April 9, 2008. Pursuant to Civil Local Rule 7-1(b), the Court has determined that a decision on the papers is appropriate. Therefore, the hearing previously scheduled for April 25, 2008, is VACATED.

Good cause appearing, IT IS ORDERED that the Motion is GRANTED. Plaintiff shall file her Third Amended Complaint on or before April 21, 2008.

IT IS SO ORDERED.

Dated: April 16, 2008

JOSEPH C. SPERO
United States Magistrate Judge