# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415 357 4600 TEL
415 357 4605 FAX
info@lkclaw.com

April 17, 2008

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom A
San Francisco, California 94102

    Re: **Della King v. AT&T Operations, Inc.**
       **U.S.D.C. Case No. C 07-02600 JCS**
       <u>**Our File: ATT.KING - 515.06**</u>

Dear Judge Spero:

This is a joint letter submitted by plaintiff Della King ("plaintiff") and defendant AT&T Operations, Inc. ("defendant") (collectively referred to as the "parties") regarding discovery disputes that were resolved during a meet and confer in Court on April 16, 2008. The parties agreed to resolve pending issues as follows:

## PLAINTIFF'S INTERROGATORIES

<u>INTERROGATORY NOS. 1:</u>

*How many employees were involuntarily terminated from with AT&T in the last five years?*

RESOLUTION:

Defendant agrees to use its best efforts to obtain the information requested for employees who held a management position at the AT&T Operations facility in Pleasanton, California and who were involuntarily terminated during a five year period, 2001-2005.

<u>INTERROGATORY NO. 2:</u>
*What was the age of the employees who AT&T terminated from employment in the last five years?*

RESOLUTION:

The parties agree that defendant will further respond to this request with the parameters reflected in the resolution of Interrogatory Number 1, above.

Hon. Joseph C. Spero
April 17, 2008
Page 2

INTERROGATORY NO. 3:
*What was the reason or reasons why each employee who was terminated from employment in the last five years?*

RESOLUTION:

The parties agree that defendant will further respond to this request with the parameters reflected in the resolution of Interrogatory Number 1, above.

INTERROGATORY NO. 5:
*What is the substance of each conversation between Steven Grimm and Stephen Ellis about Plaintiff?*

RESOLUTION:

Defendants agree to provide a further response as clarified by plaintiff during the meet and confer process.

INTERROGATORY NO. 6:
*What is the substance of each conversation between Stephen Ellis and Carolyn Goinveaux about Plaintiff?*

RESOLUTION:

Defendants agree to provide a further response as clarified by plaintiff during the meet and confer process.

INTERROGATORY NO. 8:

*Of the employees of AT&T who were terminated in the last five years, how many of the employees had medical conditions for which they took more than two weeks off work?*

RESOLUTION:

Defendant agrees to use its best efforts to obtain information regarding the number of employees who held management positions and who were laid off during a five year period, 2001 – 2005, who had taken two consecutive weeks off for a known medical condition within a one year period of time prior to being laid off.

PLAINTIFF'S REQUEST FOR DOCUMENTS NO. 1:
*Each writing referring to Plaintiff*

RESOLUTION:

Defendants agree to further respond to document Request No. 1 as clarified by plaintiff and relating to plaintiff's complaint regarding any wage violation, her placement on the surplus list of employees and her adverse performance rating.

PLAINTIFF'S REQUEST FOR DOCUMENTS NO. 2
*Each writing referring to the employees needed after the company combine with AT&T*

RESOLUTION:

The parties agree that defendant will further respond to Request No. 2 for any writings and/or handouts provided to employees during meetings held in the 2004-2005 time frame about the merger of AT&T and SBC wherein hiring needs were discussed

## DEFENDANT'S DISCOVERY ISSUES

During her deposition, plaintiff referred to documents in her possession which were responsive to the above request but never produced. The documents referenced by plaintiff included the following:

- copies of e-mails by plaintiff to AT&T regarding her August, 2005 paycheck.

- copy of the original complaint to the Department of Labor standards Enforcement, filed in July, 2005, along with any attachments.

- A copy of the September 21, 2005 surplus notification letter received by plaintiff signed by Steven Grimm, along with enclosures.

- A copy of records from plaintiff's therapist.

RESOLUTION:

Plaintiff agrees to produce copies of emails to AT&T regarding her August 2005 paychecks; the original complaint filed with the Department of Labor Standards Enforcement in July 2005, along with any attachments; and the September 21, 2005 surplus notification letter received by plaintiff signed by Steve Grimm, along with any enclosures.

Plaintiff has agreed to produce medical records from her current therapist

Hon. Joseph C. Spero
April 17, 2008
Page 4

The parties agree to enter into a stipulated protective order and to a continuation of plaintiff's deposition.

Very truly yours,


/s/
M. VAN SMITH
Attorneys for Plaintiff


/s/
DENNIS W. HAYASHI
Attorneys for Defendant

ATT\King\Corr\Judge Spero-jt ltr 04-17-08.doc