# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-02600 JCS**

**CASE NAME:  DELLA KING v. AT&T OPERATIONS INC**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: April 25, 2008    **TIME**: 6 Mins | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:** M. Van Smith | **COUNSEL FOR DEFENDANT:** Dennis Hayashi |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Further case management conference | Held. |

**ORDERED AFTER HEARING:**

Parties shall contact mediator Linda McPharlin to set up an ENE to occur within 30 days.

_____

**ORDER TO BE PREPARED BY:**     () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**   06/06/08 at 1:30 PM for a further case management conference.

**Number of Depos:**          **Discovery Cutoff: 09/30/08**

**Expert Disclosure:  09/30/08**    **Expert Rebuttal:**        **Expert Discovery Cutoff: 10/31/08**

**Motions Hearing:  12/05/08 at 9:30 a.m.**            **Pretrial Conference: 3/6/09 at 1:30 p.m.**

**Trial Date:   3/16/09 at 8:30 a.m.  (X)Jury    ()Court   Set for 8 days**

_____

**cc:       Chambers; Karen**, ADR

* (T) = Telephonic Appearance