**FILED**

MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| King, | No. C 07-02600 JCS ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| AT&T Operations, Inc., | |
| Defendant(s). | |

<u>Instructions</u>: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __5/22/08__

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __5/22/08__

_____
Evaluator, Linda McPharlin
McPharlin, Sprinkles & Thomas LLP
10 Almaden Blvd., Suite 1460
San Jose, CA 95113

Certification of ADR Session
07-02600 JCS ENE