1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  glafayette@lkclaw.com
   SUSAN T. KUMAGAI (State Bar No. 127667)
3  skumagai@lkclaw.com
   DENNIS W. HAYASHI (State Bar No. 087077)
4  dhayashi@lkclaw.com
   100 Spear Street, Suite 600
5  San Francisco, California 94105
   Telephone:   (415) 357-4600
6  Facsimile:   (415) 357-4605

7  Attorneys for Defendant
   AT&T OPERATIONS, INC.
8
   M. VAN SMITH, ESQ. (State Bar No. 32007)
9  1696 Mendenhall Drive
   San Jose, California 95130
10 Telephone     (408) 364-1062
   Facsimile:    (408) 273-6496
11 mvsmith@sbcglobal.net

12 Attorneys for Plaintiff
   DELLA KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DELLA KING,                              | Case No. C 07-02600 JCS       |
|------------------------------------------|-------------------------------|
| Plaintiff,                               |                               |
|                                          | **STIPULATION OF DISMISSAL**  |
| vs.                                      |                               |
| AT&T OPERATIONS, a corporation, et al.,  |                               |
| Defendants.                              |                               |

1

STIPULATION OF DISMISSAL
(Case No. C07-02600 JCS)

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 5, 2008          LAFAYETTE & KUMAGAI LLP

                                           /s/ Susan T. Kumagai
                                           SUSAN T. KUMAGAI
                                           Attorneys for Defendant
                                           AT&T OPERATIONS, INC.

DATED: June 5, 2008           /s/ M. Van Smith
                                             M. VAN SMITH
                                             Attorney for Plaintiff DELLA KING

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on June 5, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                             /s/ Susan T. Kumagai
                                             SUSAN T. KUMAGAI

STIPULATION OF DISMISSAL
(Case No. C07-02600 JCS)