1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  glafayette@lkclaw.com
   SUSAN T. KUMAGAI (State Bar No. 127667)
3  skumagai@lkclaw.com
   DENNIS W. HAYASHI (State Bar No. 087077)
4  dhayashi@lkclaw.com
   100 Spear Street, Suite 600
5  San Francisco, California 94105
   Telephone:   (415) 357-4600
6  Facsimile:   (415) 357-4605

7  Attorneys for Defendant
   AT&T OPERATIONS, INC.

8  M. VAN SMITH, ESQ. (State Bar No. 32007)
9  1696 Mendenhall Drive
   San Jose, California 95130
10 Telephone     (408) 364-1062
   Facsimile:    (408) 273-6496
11 mvsmith@sbcglobal.net

12 Attorneys for Plaintiff
   DELLA KING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DELLA KING, | Case No. C 07-02600 JCS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| AT&T OPERATIONS, a corporation, et al., | |
| Defendants. | |

1

STIPULATION OF DISMISSAL
(Case No. C07-02600 JCS)

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1).

4

5  DATED: June 5, 2008                     LAFAYETTE & KUMAGAI LLP

6                                          _/s/ Susan T. Kumagai_____
                                            SUSAN T. KUMAGAI
7                                           Attorneys for Defendant
                                            AT&T OPERATIONS, INC.
8

9  DATED: June 5, 2008                     _/s/ M. Van Smith_____
                                            M. VAN SMITH
10                                          Attorney for Plaintiff DELLA KING

11

12                          **CERTIFICATE OF SERVICE**

13     I certify that a copy of this document was served electronically on June 5, 2008, on
14  counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by
    use of the Court's ECF system.
15
                                            _/s/ Susan T. Kumagai_____
16                                          SUSAN T. KUMAGAI

17
18
19  Dated: June 10, 2008     [SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Joseph C. Spero]
20
21
22
23
24
25
26
27
28

2

STIPULATION OF DISMISSAL
(Case No. C07-02600 JCS)